IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

REPHEKA PERSADI
by her legal guardian, Franka Persadi,
et al.,

    Plaintiffs,

     v.

THE FULTON COUNTY SCHOOL
DISTRICT, et al.,

    Defendants.

CIVIL ACTION FILE
NO. 1:12-CV-4072-TWT

ORDER

This is a civil rights action. It is before the Court on the Defendant Boyd's Motion to Dismiss [Doc. 10]. A complaint should be dismissed under Rule 12(b)(6) only where it appears that the facts alleged fail to state a "plausible" claim for relief. Ashcroft v. Iqbal, 129 S. Ct. 1937, 1949 (2009); Fed. R. Civ. P. 12(b)(6). A complaint may survive a motion to dismiss for failure to state a claim, however, even if it is "improbable" that a plaintiff would be able to prove those facts; even if the possibility of recovery is extremely "remote and unlikely." Bell Atlantic Corp. v. Twombly, 550 U.S. 544, 556 (2007) (citations and quotations omitted). In ruling on a motion to dismiss, the court must accept factual allegations as true and construe them in the light

most favorable to the plaintiff.  See Quality Foods de Centro America, S.A. v. Latin American Agribusiness Dev. Corp., S.A., 711 F.2d 989, 994-95 (11th Cir. 1983); see also Sanjuan v. American Bd. of Psychiatry and Neurology, Inc., 40 F.3d 247, 251 (7th Cir. 1994) (noting that at the pleading stage, the plaintiff "receives the benefit of imagination"). Generally, notice pleading is all that is required for a valid complaint. See Lombard's, Inc. v. Prince Mfg., Inc., 753 F.2d 974, 975 (11th Cir. 1985), cert. denied, 474 U.S. 1082 (1986).  Under notice pleading, the plaintiff need only give the defendant fair notice of the plaintiff's claim and the grounds upon which it rests.  See Erickson v. Pardus, 551 U.S. 89, 93 (2007) (citing Twombly, 550 U.S. at 555). Accepting the allegations of the Complaint as true, the Court cannot say that the Plaintiff has failed to allege a plausible claim for relief.  The Defendant's Motion to Dismiss [Doc. 10] is DENIED.

     SO ORDERED, this 23 day of September, 2013.

                             /s/Thomas W. Thrash
                             THOMAS W. THRASH, JR.
                             United States District Judge